UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL D. TAYLOR, | ) | CASE NO. C12-1069-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LIMITED |
| | ) | EXTENSION OF TIME OF |
| MICHAEL J. ASTRUE, | ) | REMAINING BRIEFING SCHEDULE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed an unopposed first stipulation for extension of time (Dkt. 15), requesting a 45-day extension of the due date in which to file his opening brief.  Plaintiff states that the administrative record was filed with an incorrect hearing transcript, which plaintiff discovered during preparation the opening brief on September 25th, the current due date for filing the opening brief.

Plaintiff is entitled to complete record administrative record, however the court is unwilling to grant a 45-day extension at this time.  The court hereby GRANTS a 30-day extension of the briefing schedule, with the new deadlines as follows:

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

| | | |
|---|---|---|
| 01 | Plaintiff's Opening Brief: | October 26, 2012 |
| 02 | Defendant's Responsive Brief: | November 23, 2012 |
| 03 | Plaintiff's optional Reply Brief: | December 7, 2012 |

If defendant is unable to provide the correct hearing transcript in time for plaintiff to file his opening brief, plaintiff may petition the court for a second unopposed extension. Plaintiff should include in any such filing a statement from defendant as to the date by which the correct hearing transcript would be filed.

DATED this 26th day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2