IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL D. TAYLOR, | ) |
| | ) No. C12-1069-MJP-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) PLAINTIFF'S MOTION FOR A |
| MICHAEL J. ASTRUE, | ) SEVEN-DAY EXTENSION OF |
| Commissioner of Social Security, | ) TIME TO FILE PLAINTIFF'S OPENING |
| | ) BRIEF |
| Defendant. | ) |

Based on Plaintiff's motion, it is hereby ORDERED that the October 26, 2012 Briefing Schedule for a Social Security Case be amended as follows:

- Plaintiff Opening Brief is due November 16, 2012;

- Defendant's Answering/Response Brief is due December 14, 2012;

- Plaintiff's optional Reply Brief is due December 28, 2012.

This is the third unopposed motion for extension filed by plaintiff, due to a delay in filing of the hearing transcript.  Consequently, no additional extensions will be granted.  **The parties should ensure that they are able to meet the new deadlines without need for any further extensions.**

Dated this 9th day of November, 2012.

s/ Mary Alice Theiler
United States Magistrate Judge

Order - 1 [No. C12-1069-MJP-MAT]

Presented by:

Robert A. Friedman
Robert A. Friedman & Assoc.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
cshear@rafalaw.com

Order - 2 [No. C12-1069-MJP-MAT]